JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HERMAN JAMES JOHN, III <br><br> Defendant. | No. CR19-244-JLR <br><br> ORDER GRANTING THE UNOPPOSED MOTION TO PROCEED WITH SENTENCING HEARING BY VIDEO CONFERENCE |

THE COURT has considered the motion to proceed with the sentencing hearing by video conference and the files and records herein. The Court finds that delays in the ultimate disposition of this case would result in serious harm to the interest of justice as required under the CARES Act.

Therefore, the Court GRANTS the motion.

DONE this 1st day of September, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Herman James John, III

ORDER GRANTING MOTION TO PROCEED
WITH SENTENCING HEARING BY
TELECONFERENCING
(*Herman James John, III* / CR19-244-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100